125 P.3d 1059

# SUPREME COURT OF HAWAI'I

| Case | Docket | Date | Disposition | Citation |
|---|---|---|---|---|
| Meridian Mortg., Inc. v. First Hawaiian Bank | 25799 | 11/21/2005 | Denied | 109 Hawai'i 35, 122 P.3d 1133 |
| State v. Machado | 26396 | 11/09/2005 | Granted | 109 Hawai'i 424, 127 P.3d 84 |
| State v. Puha | 26326 | 11/28/2005 | Denied | 109 Hawai'i 67, . 122 P.3d 1165 |
| Village Park Community Ass'n v. Nishimura | 26061 | 11/10/2005 | Dismissed | 108 Hawai'i 487, 122 P.3d 267 |